```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,         :

              Plaintiff,         :

        -against-                :       12 Civ. 2400 (SAS)

JOHN DOE NOS. 1-35,              :

              Defendants.        :

- - - - - - - - - - - - - - - - x
```

        PLAINTIFF'S <u>EX</u> <u>PARTE</u> APPLICATION FOR
        AN ORDER AUTHORIZING THE ISSUANCE OF
        SUBPOENAS ON CERTAIN ISPS TO DETERMINE
            THE IDENTITY OF DEFENDANTS

      Plaintiff hereby moves pursuant to Rule 26(d) of the Federal Rules of Civil Procedure for an order authorizing plaintiff to serve subpoenas on the following Internet Service Providers: Comcast Cable Communications; Fresh Direct, Inc.; Frontier Communications of America, Inc.; CSC Holdings, LLC (Optimum Online®, Bresnan Communications LLC); Time Warner Cable, Inc. (Roadrunner Holdco LLC); Verizon Online LLC (Verizon Internet Services); and We Link Networks LLC (collectively, "the ISPs") to determine the identity of defendants John Doe Nos. 1-35, which are presently unknown to plaintiff.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to April 4, 2012.

A proposed order is annexed as Exhibit A, which annexes the proposed subpoenas.

Dated: New York, New York
       April 4, 2012

                                DUNNEGAN & SCILEPPI LLC

                                By /s/ William Dunnegan
                                   William Dunnegan (WD9316)
                                   wd@dunnegan.com
                                   Samantha Morrissey (SM1210)
                                   sm@dunnegan.com
Attorneys for Plaintiff
  John Wiley & Sons, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300